IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA,
    Plaintiff,

vs                                                CASE No. 3:05cr99-009

PERRY STEAN WILLIAMS,
    Defendant.
_____/

## ORDER REDUCING SENTENCE

Defendant's sentence of confinement is hereby reduced from 180 months to 120 months. In all other respects, the original sentence imposed in the Judgment and Commitment Order filed 4 December 2001 as modified by an Order of this Court dated 14 February 2007 shall remain unchanged.

**ORDERED** this 7th day of April 2009.

                                                               *s/L.A. Collier*
                                                      LACEY A. COLLIER
                                        Senior United States District Judge